**Electronically Filed
Supreme Court
SCWC-21-0000322
22-OCT-2025
01:58 PM
Dkt. 15 ODAC**

SCWC-21-0000322

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

TINGUELY DEVELOPMENT, INC.,
a Hawaii Corporation,
Respondent/Petitioner-Appellee,

vs.

JAMES S. MARKIEWICZ, as Trustee of the
James S. Markiewicz Living Trust dated April 15, 1992;
JOANNE C. MARKIEWICZ, as Trustee of the
Joanne C. Markiewicz Living Trust dated February 10, 1999,
Petitioners/Respondents-Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000322; CASE. NO. 3CSP-20-000046)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge To‘oto‘o, assigned by reason of vacancy)

Petitioners' Application for Writ of Certiorari, filed

on September 8, 2025, is hereby rejected.

DATED: Honolulu, Hawai‘i, October 22, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Fa‘auuga To‘oto‘o

